In the Matter of DIANE WORD, Appellant, v BARBARA G. ZAM-BELLI, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Decided May 7, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.